UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



ROBERT JACKSON

                                            PRISONER
V.                            CASE NO. 3:00CV904 (RNC) (DFM)

WATERBURY POLICE DEPARTMENT, ET AL.

### RULING AND ORDER

Pending before the court is a motion for extension of time filed by the plaintiff. The plaintiff seeks an extension of time to conduct discovery and file a motion for summary judgment. The defendants have not filed an objection to the motion. The Motion for Extension of Time [doc. # 44] is **GRANTED**.

The Court issues the following scheduling order:

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendants shall file an answer to the amended complaint [doc. # 40][1] within thirty (30) days of the date of this order. **Failure to respond to the amended complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery conducted pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure shall be completed (not propounded) no later than January 16, 2004. Discovery requests need not be filed with the court.

3. Motions for summary judgment shall be filed

---

[1] The second amended complaint was filed on August 5, 2002.

      no later than February 17, 2004.

4. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion may be granted absent objection.

    SO ORDERED at Hartford, Connecticut, this 14th day of October, 2003.

                                Donna F. Martinez
                                United States Magistrate Judge