FILED
2003 OCT 28 P 4: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,
Plaintiff,

: PRISONER
CIV. NO. 3:00CV904 (RNC)(DFM)

vs.

WATERBURY POLICE DEPARTMENT
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
Defendants.

: OCTOBER 27, 2003

**DEFENDANTS' ANSWER AND SPECIAL DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT DATED JULY 3, 2002**

1. As to Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 16, 17, 18, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 34, 35, 36, 37, 38, 39, 41, 43, 44, 45, 46 and 48, defendants have insufficient knowledge or information upon which to form an opinion or belief, and therefore leave the plaintiff to his proof.

2. Paragraphs 12, 13, 19, 24, 32, 33 and 42 are denied.

3. So much of Paragraph 15 which states "After about a minute of bashing rom (sic) Officer Crea's flashlight", defendants have insufficient knowledge or information upon which

to form an opinion or belief, and therefore leave the plaintiff to his proof. The remaining allegation of this Paragraph is denied.

4. So much of Paragraph 40 which states, "As a result of the injuries from the assault on me by Officers Ryan, Crea and Flaherty;", is denied. As to the remaining allegation of Paragraph 40, defendants have insufficient knowledge or information upon which to form an opinion or belief, and therefore leave the plaintiff to his proof.

5. So much of Paragraph 47 which states, "Due to the negligent and unlawful warrantless actions of the Waterbury Police Department", is denied. As to the remaining allegation of Paragraph 47, defendants have insufficient knowledge or information upon which to form an opinion or belief, and therefore leave the plaintiff to his proof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.



SACK, SPECTOR AND KARSTEN, LLP • *ATTORNEYS AT LAW*
836 FARMINGTON AVE•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

**Second Affirmative Defense**

The actions and conduct of the defendants, to the extent they occurred as alleged, were objectively reasonable under the circumstances of which defendants were aware, and they enjoy qualified immunity from all liability therefore.

**Third Affirmative Defense**

The actions and conduct of the defendants did not violate any clearly established constitutional or Federal Statutory rights of which the defendants reasonably should have been aware, and they are therefore entitled to qualified immunity.

**Fourth Affirmative Defense**

The actions and conduct of the defendants, to the extent they occurred as alleged, were undertaken in the good-faith performance of their official duties, without malice, and were therefore privileged under the applicable state law.

**Fifth Affirmative Defense**

Any injury or damage suffered by the plaintiff, to the extent actually incurred, were caused by reason of the



**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

plaintiff's own wrongful acts, reckless misconduct and negligence.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY____________________________

Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 27 day of October, 2003, to the following:

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

____________________________

Christopher G. Arciero