MANDATE

TED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

FILED
UNITED STATES COURT OF APPEALS
FILED
MAY 12 2003
U.S. DISTRICT COURT
NEW HAVEN, CONN.
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

DUPLICATE

DC Initials CTDC/NHCT
DC DKT # 00-cv-904

At a stated term of the United States Court of Appeals for the Secon Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 12th day of May two thousand three.

---

Jackson,
Defendant-Appellant,

v.

Does,
Plaintiff-Appelee.

Docket No. 02-216

---

A notice having been sent from this court directing that within thirty (30) days from the date of the notice, either the entire fee $105.00 be paid, or a Financial Affidavit and a Prisoner Authorization form be completed and submitted to this Court, and

The appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal be and it hereby is DISMISSED.

ROSEANN B. MACKECHNIE, Clerk

By: Joseph M. Rodriguez
Joseph M. Rodriguez
Deputy Clerk, USCA

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
Joseph M. Rodriguez

CERTIFIED: OCT 3 2003