UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,                    :        CIV. NO. 3:00CV904 (RNC)(DFM)
        Plaintiff,

vs.

WATERBURY POLICE DEPARTMENT   :        NOVEMBER 21, 2003
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
        Defendants.

## MOTION FOR AN ORDER COMPELLING
## PLAINTIFF'S ATTENDANCE AT DEPOSITION

Pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, the defendants, Waterbury

Police Department, Officer Ryan, Officer Crea and Officer Flaherty, move this Court for an order

compelling plaintiff's attendance at a deposition scheduled for Friday, December 19, 2003, at 1:00

p.m. at the law offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford,

Connecticut. Copy of the deposition notice is attached.

In support of this motion, the defendants represent the following:

1.      On October 17, 2003, the Court (Martinez, USDJ), issued a scheduling order

regarding this matter;

2.      The Court set the discovery deadline for January 16, 2004 and the deadline for

motions for summary judgment for February 17, 2004;

3.      On October 27, 2003, the undersigned sent plaintiff a deposition notice via certified mail. The deposition was scheduled for Friday, November 21, 2003. Plaintiff never responded to the first notice. A second notice was sent on November 10, 2003;

4.      On November 17, 2003, the undersigned sent a letter via regular U.S. mail to plaintiff requesting that he call us to confirm his attendance at the deposition scheduled for November 21, 2003;

5.      All letters have been sent to plaintiff's address of record. Plaintiff has not advised the Court of any relocation;

6.      There is no telephone number for the plaintiff in the court files;

7.      To date, plaintiff has not picked-up the certified letter and has not responded to the letter sent via regular U.S. mail; and

8.      The defendants are under specific discovery and dispositive motion deadlines.

Plaintiff's apparent failure to cooperate in the discovery phase will adversely affect the defendants' ability to fully defend this matter.

The undersigned certifies that he has in good faith attempted to contact the plaintiff to ensure his attendance at the deposition.

WHEREFORE, the defendants respectfully request that this motion to compel be granted and that the plaintiff be compelled to attend a deposition on Friday, December 19, 2003 at 1:00

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

p.m. at the law offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, Connecticut.

Additionally, in the event that plaintiff fails to appear for his deposition, the defendants respectfully request that the case be dismissed.

DEFENDANTS, WATERBURY POLICE
DEPARTMENT, OFFICER RYAN,
OFFICER CREA AND OFFICER
FLAHERTY

BY_____

Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of November, 2003 , to the following:

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

Christopher G. Arciero

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544• (860) 233-8251•JURIS NO. 52776

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,
    Plaintiff,

               PRISONER
:  CIV. NO. 3:00CV904 (RNC)(DFM)

vs.

WATERBURY POLICE DEPARTMENT
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
    Defendants.

:  OCTOBER 27, 2003

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, will take the deposition of the plaintiff, **ROBERT JACKSON,** in the above captioned matter, on **Friday, November 21, 2003 at 10:30 a.m.,** at the law offices of **Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut,** before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deponent will be required to produce the documents listed on Schedule A, attached hereto.

The oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

DEFENDANTS, WATERBURY POLICE
DEPARTMENT, OFFICER RYAN,
OFFICER CREA AND OFFICER
FLAHERTY

BY_____
Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, via certified mail, this _27_ day of October 2003, to the following:

**Via Certified Mail:**  7002 0860 0002 2162 9852

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY  10603

_____
Christopher G. Arciero

## SCHEDULE A

1.    Any photographs of any alleged injuries;

2.    Written statements from any witnesses of the event; and

3.    Any medical records, reports, documents and bills regarding
treatment received for the alleged injuries.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,                    :   CIV. NO. 3:00CV904 (RNC)(DFM)
     Plaintiff,

vs.

WATERBURY POLICE DEPARTMENT    :   NOVEMBER 21, 2003
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
     Defendants.

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, will take the deposition of the plaintiff, **ROBERT JACKSON,** in the above captioned matter, on **Friday, December 19, 2003 (originally scheduled for November 21, 2003) at 1:00 p.m.**, at the law offices of **Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut**, before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deponent will be required to produce the documents listed on Schedule A, attached hereto.

The oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY_____

Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, via certified mail, this 31 ST day of October 2003, to the following:

**Via Regular and Certified Mail:**  7002 0860 0002 2162 9678

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY  10603

_____

Christopher G. Arciero

## SCHEDULE A

1.    Any photographs of any alleged injuries;

2.    Written statements from any witnesses of the event; and

3.    Any medical records, reports, documents and bills regarding
      treatment received for the alleged injuries.