FILED

2003 DEC 11 P 4:22

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON, :
Plaintiff, :
v. : PRISONER
: CASE NO. 3:00CV904 (RNC)(DFM)
WATERBURY POLICE DEPARTMENT, ET AL., :
Defendants. :

ENDORSEMENT RULING

The defendants' Motion for an Order Compelling Plaintiff's Attendance at Deposition (doc. #49) is GRANTED. The plaintiff shall attend his deposition.

SO ORDERED at Hartford, Connecticut this 11th day of December, 2003.

Donna F. Martinez
United States Magistrate Judge