FILED

2004 JAN -7 P 4:38

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,
Plaintiff, : CIV. NO. 3:00CV904 (RNC)(DFM)

vs.

WATERBURY POLICE DEPARTMENT : JANUARY 5, 2004
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
Defendants.

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to Federal Rules of Civil Procedure 41 (b), the defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, respectfully move this Court to dismiss this action based on plaintiff's failure to comply with the Court's order to attend his deposition.

In support of this motion, the defendants represent as follows:

1. On November 21, 2003, the defendants filed a motion compelling plaintiff to attend his deposition on December 19, 2003. Exhibit A.

2. On December 11, 2003, the Court granted the above-referenced motion. Exhibit B.

3. The defendants' re-noticed plaintiff's deposition for December 22, 2003. The defendants sent various correspondence and made several telephone calls to plaintiff's residence.

4. Plaintiff failed to respond to the correspondence or telephone calls. Plaintiff failed to attend the deposition. Exhibit C.

5. The defendants rescheduled plaintiff's deposition for Monday, December 29, 2003. The defendants made several telephone calls to plaintiff's residence and sent plaintiff a letter reminding him of his obligation to attend. Exhibit D.

6. Plaintiff did not return any of the telephone calls and failed to attend the noticed deposition on December 29, 2003.

7. Despite the defendants' counsel's extraordinary patience and willingness to accommodate the plaintiff, the plaintiff has refused to cooperate. Plaintiff has disregarded the court's order and has refused to respond to the numerous telephone calls, correspondence and deposition notices. Plaintiff's actions show a total disrespect to the court and the discovery process. In addition, Plaintiff's actions have prevented the defendants from completing the necessary discovery to properly defend against the claims and have cost the defendants the expense to notice and prepare for his deposition. The defendants have established good cause to have this case dismissed.

Accordingly, pursuant to Federal Rule of Civil Procedure 41 (b), the defendants respectfully request that this case be dismissed.



**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY ______________________

Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 5th day of January 2004, to the following:

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

______________________
Christopher G. Arciero

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON, : CIV. NO. 3:00CV904 (RNC)(DFM)
Plaintiff,

vs.

WATERBURY POLICE DEPARTMENT : NOVEMBER 21, 2003
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
Defendants.

**MOTION FOR AN ORDER COMPELLING**
**PLAINTIFF'S ATTENDANCE AT DEPOSITION**

Pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, the defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, move this Court for an order compelling plaintiff's attendance at a deposition scheduled for Friday, December 19, 2003, at 1:00 p.m. at the law offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, Connecticut. Copy of the deposition notice is attached.

In support of this motion, the defendants represent the following:

1. On October 17, 2003, the Court (Martinez, USDJ), issued a scheduling order regarding this matter;

2. The Court set the discovery deadline for January 16, 2004 and the deadline for motions for summary judgment for February 17, 2004;

3. On October 27, 2003, the undersigned sent plaintiff a deposition notice via certified mail. The deposition was scheduled for Friday, November 21, 2003. Plaintiff never responded to the first notice. A second notice was sent on November 10, 2003;

4. On November 17, 2003, the undersigned sent a letter via regular U.S. mail to plaintiff requesting that he call us to confirm his attendance at the deposition scheduled for November 21, 2003;

5. All letters have been sent to plaintiff's address of record. Plaintiff has not advised the Court of any relocation;

6. There is no telephone number for the plaintiff in the court files;

7. To date, plaintiff has not picked-up the certified letter and has not responded to the letter sent via regular U.S. mail; and

8. The defendants are under specific discovery and dispositive motion deadlines.

Plaintiff's apparent failure to cooperate in the discovery phase will adversely affect the defendants' ability to fully defend this matter.

The undersigned certifies that he has in good faith attempted to contact the plaintiff to ensure his attendance at the deposition.

WHEREFORE, the defendants respectfully request that this motion to compel be granted and that the plaintiff be compelled to attend a deposition on Friday, December 19, 2003 at 1:00

p.m. at the law offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, Connecticut.

Additionally, in the event that plaintiff fails to appear for his deposition, the defendants respectfully request that the case be dismissed.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY______________________

Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of November, 2003 , to the following:

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

______________________
Christopher G. Arciero

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT JACKSON,<br>Plaintiff, | : | PRISONER<br>CIV. NO. 3:00CV904 (RNC)(DFM) |
| vs. | | |
| WATERBURY POLICE DEPARTMENT<br>OFFICER RYAN, OFFICER CREA<br>AND OFFICER FLAHERTY<br>Defendants. | : | OCTOBER 27, 2003 |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, will take the deposition of the plaintiff, **ROBERT JACKSON,** in the above captioned matter, on **Friday, November 21, 2003 at 10:30 a.m.**, at the law offices of **Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut**, before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deponent will be required to produce the documents listed on Schedule A, attached hereto.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY________________________________
Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, via certified mail, this 27 day of October 2003, to the following:

**Via Certified Mail: 7002 0860 0002 2162 9852**

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

________________________________
Christopher G. Arciero

**SCHEDULE A**

1. Any photographs of any alleged injuries;

2. Written statements from any witnesses of the event; and

3. Any medical records, reports, documents and bills regarding treatment received for the alleged injuries.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT JACKSON,<br>Plaintiff, | : | CIV. NO. 3:00CV904 (RNC)(DFM) |
| vs. | | |
| WATERBURY POLICE DEPARTMENT<br>OFFICER RYAN, OFFICER CREA<br>AND OFFICER FLAHERTY<br>Defendants. | : | NOVEMBER 21, 2003 |

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, will take the deposition of the plaintiff, **ROBERT JACKSON,** in the above captioned matter, on **Friday, December 19, 2003 (originally scheduled for November 21, 2003) at 1:00 p.m.**, at the law offices of **Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut**, before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deponent will be required to produce the documents listed on Schedule A, attached hereto.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY_______________________
Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, via certified mail, this 31st day of October 2003, to the following:

**Via Regular and Certified Mail: 7002 0860 0002 2162 9678**

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

_______________________
Christopher G. Arciero

## SCHEDULE A

1. Any photographs of any alleged injuries;
2. Written statements from any witnesses of the event; and
3. Any medical records, reports, documents and bills regarding treatment received for the alleged injuries.

EXHIBIT B

FILED

2003 DEC 11 P 4:22

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON, :
Plaintiff, :
v. : PRISONER CASE NO. 3:00CV904 (RNC)(DFM)
WATERBURY POLICE DEPARTMENT, ET AL., :
Defendants. :

ENDORSEMENT RULING

The defendants' Motion for an Order Compelling Plaintiff's Attendance at Deposition (doc. #49) is GRANTED. The plaintiff shall attend his deposition.

SO ORDERED at Hartford, Connecticut this 11th day of December, 2003.

Donna F. Martinez
United States Magistrate Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**EXHIBIT C**

COPY

* * * * * * * * * * * * * * * * * *

ROBERT JACKSON,
Plaintiff,

VS.

WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA and OFFICER FLAHERTY
Defendants.

* * * * * * * * * * * * * * * * * *

Civil Action No. 3:00CV904 (RNC)(DFM)

December 22, 2003

**SCHEDULED DEPOSITION OF ROBERT JACKSON**

Taken on behalf of the Defendants in the above-entitled cause, before Patricia Tyszka, Registered Merit Reporter, Notary Public, in and for the State of Connecticut, on Monday, December 22, 2003, at 1:00 p.m., at the offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, Connecticut, pursuant to the Federal Rules of Civil Procedure.

***PATRICIA TYSZKA, LSR, RMR***
***COURT REPORTING SERVICES***
***189 Old Forge Road***
***West Hartland, Connecticut 06091***
***Phone/Fax (860) 379-7955***

**MR. ARCIERO:** I'm Attorney Chris Arciero representing the Waterbury Police Department, Officers Ryan, Crae, and Flaherty, in the matter of Robert Jackson, No. CV904.

Today is December 22nd, 2003. It's approximately 2:05 p.m. Mr. Jackson is not here for his scheduled deposition. This is the second time he has failed to attend a duly noticed deposition. Last week my office called Mr. Jackson's house on at least five separate occasions to remind him about today's deposition. Mr. Jackson did not return any of the phone calls; however, we spoke to Mr. Jackson's parents who assured us that he was given the messages and that he would attend today's deposition.

Mr. Jackson has never contacted this firm, discussed the scheduled depositions. He has also disregarded several other telephone calls and letters we have sent him regarding today's deposition.

**(Whereupon, the proceedings were adjourned at 2:06 p.m.)**

CERTIFICATE

STATE OF CONNECTICUT )
) ss: West Hartland, Connecticut
COUNTY OF HARTFORD )

I, Patricia Tyszka, a Notary Public duly commissioned and qualified in and for the County of Hartford, State of Connecticut, do hereby certify that pursuant to notice there was scheduled to come before me on the **22nd day of December, 2003, at 1:00 p.m.**, the following named person, to wit: **ROBERT JACKSON**, who failed to appear.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

In witness whereof I have hereunto set my hand and affixed my notarial seal this ________ day of ________________, 2003.

________________________
Patricia Tyszka, LSR, RMR
Notary Public
License No. 00046

My commission expires
May 31, 2005

SACK, SPECTOR AND KARSTEN, LLP
ATTORNEYS AT LAW

836 FARMINGTON AVENUE, SUITE 221
WEST HARTFORD, CONNECTICUT 06119-1544

(860) 233-8251
FAX (860) 232-8736

EXHIBIT

December 22, 2003

**Via Regular & Certified Mail: 7002 0860 0002 2162 9289**

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

RE: Robert Jackson v. Waterbury Police Department, et el.

Dear Mr. Jackson:

Attached please find the re-notice for your deposition for December 29, 2003 at 1:00 p.m. This is the second time I have re-noticed your deposition. Additionally, I have sent you several letters and have left numerous telephone messages regarding the deposition. Also, be advised that the Court granted my motion to compel your attendance at the deposition.

If you fail to attend your deposition scheduled for December 29, 2003, I will move to have the case dismissed.

Directions to our law firm are enclosed.

If you have any questions, please feel free to contact me.

Very truly yours,

Christopher G. Arciero

CGA/mjb
Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON,
Plaintiff, : CIV. NO. 3:00CV904 (RNC)(DFM)

vs.

WATERBURY POLICE DEPARTMENT
OFFICER RYAN, OFFICER CREA
AND OFFICER FLAHERTY
Defendants. : DECEMBER 22, 2003

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT defendants, Waterbury Police Department, Officer Ryan, Officer Crea and Officer Flaherty, will take the deposition of the plaintiff, **ROBERT JACKSON,** in the above captioned matter, on **Monday, December 29, 2003 at 1:00 p.m.**, (originally scheduled for November 21, 2003, December 19, 2003, December 22, 2003) at the law offices of **Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut**, before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deponent will be required to produce the documents listed on Schedule A, attached hereto.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DEFENDANTS, WATERBURY POLICE
DEPARTMENT, OFFICER RYAN,
OFFICER CREA AND OFFICER
FLAHERTY

BY______________________________
Christopher G. Arciero
Federal Bar Number: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, via regular and certified mail, this 22 day of December 2003, to the following:

**Via Regular and Certified Mail:** 7002 0860 0002 2162 9289

Mr. Robert Jackson
141 Ferris Avenue
White Plains, NY 10603

______________________________
Christopher G. Arciero

**SCHEDULE A**

1. Any photographs of any alleged injuries;

2. Written statements from any witnesses of the event; and

3. Any medical records, reports, documents and bills regarding treatment received for the alleged injuries.

MAPQUEST

Send To Printer Back To Directions

**Need InK?**

**Buy printer cartridges:**
Save up to 75%
Free UPS 2-day shipping

Buy Now!

www.InkSell.com

**Start:** 141 Ferris Ave
White Plains, NY
10603-3447 US

**End:** 836 Farmington Ave
West Hartford, CT
06119-1505 US

**Distance:** 94.51 miles

**Total Estimated Time:** 1 hour, 41 minutes

| Directions | | Distance |
|---|---|---|
| START | **1.** Start out going East on RICHARDS ST toward FAIRVIEW AVE. | 0.0 miles |
| | **2.** Turn RIGHT onto FAIRVIEW AVE. | 0.2 miles |
| | **3.** Turn LEFT onto PARK AVE. | 0.4 miles |
| | **4.** Turn LEFT onto N BROADWAY/NY-22/CR-87. | 0.5 miles |
| EAST 287 | **5.** Merge onto I-287 E/CROSS WESTCHESTER EXWY. | 2.3 miles |
| NORTH 684 | **6.** Merge onto I-684 N via exit number 9A toward BREWSTER. | 27.9 miles |
| EAST 84 | **7.** Merge onto I-84 E via exit number 9E toward DANBURY. | 61.0 miles |
| EXIT | **8.** Take the PARK ROAD exit- exit number 43- on the left toward W. HARTFORD CENTER. | 0.8 miles |
| | **9.** Turn RIGHT onto PARK RD. | 0.3 miles |
| | **10.** Turn LEFT onto S QUAKER LN. | 0.6 miles |
| | **11.** Turn LEFT onto FARMINGTON AVE. | 0.1 miles |
| END | **End at 836 Farmington Ave, West Hartford, CT 06119-1505 US** | |




**Start:**
141 Ferris Ave
White Plains, NY
10603-3447 US




**End:**
836 Farmington Ave
West Hartford, CT
06119-1505 US




NAVTECH ON BOARD

**Notes:**

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

DIRECTIONS TO SACK SPECTOR & KARSTEN
836 FARMINGTON AVENUE, SUITE 221
WEST HARTFORD, CT 06119
(860) 233-8251

FROM: 91 NORTH OR 91 SOUTH

TO: 84 WEST OR 84 EAST

TAKE EXIT # 43. OFF 84 EAST OR WEST (PARK ROAD/WEST HARTFORD CENTER.) AT THE END OF THE OFF RAMP THERE IS A TRAFFIC LIGHT, TAKE A RIGHT ONTO PARK ROAD.

YOU WILL IMMEDIATELY COME TO ANOTHER SET OF TRAFFIC LIGHTS. AT THE INTERSECTION OF PARK ROAD & TROUT BROOK DRIVE. TAKE A LEFT ONTO TROUT BROOK DRIVE.

FOLLOW TROUT BROOK DRIVE TO THE SECOND SET OF TRAFFIC LIGHTS, AT THE INTERSECTION OF TROUT BROOK DRIVE & FARMINGTON AVENUE. TAKE A RIGHT ONTO FARMINGTON AVENUE.

FOLLOW FARMINGTON AVENUE FOR ABOUT 1/4 OF A MILE, OUR OFFICE IS ON THE LEFT HAND SIDE IN "THE ARMORY". IT IS A LARGE BRICK BUILDING DIRECTLY ACROSS THE STREET FROM "THE BUTTERFLY" RESTAURANT. LOOK FOR, 4 WHITE PILLARS AT THE FRONT OF THE BUILDING. WE ARE LOCATED ON THE SECOND FLOOR IN SUITE 221.

YOU MAY PARK DIRECTLY IN THE BACK OF THE BUILDING.