UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON
TABATHA JACKSON
JAMES YOUNG
SHOVAHAN YOUNG

                                                    PRISONER
          v.                        Case No. 3:00cv904 (RNC)(DFM)

WATERBURY POLICE DEPARTMENT
OFFICER RYAN
OFFICER CREA
OFFICER FLAHERTY


J U D G M E N T

This cause came on for consideration of the amended complaint before the Honorable

Robert N. Chatigny, Chief Judge, United States District Court for the District of Connecticut.

The Court has considered the amended complaint and all the papers submitted in

connection with the amended complaint.  On January 10, 2001, the court filed a Ruling dismissing

the claims raised by minor plaintiffs Tabatha Jackson, James Young and Shovahan Young in the

without prejudice and dismissing the claims as to defendant Waterbury Police Department

pursuant to  28 U.S.C. § 1915 (e)(2)(B)(I).

The Honorable Robert N. Chatigny, Chief Judge, United States District Court for the

District of Connecticut has also considered the motion to dismiss filed by defendants Ryan, Crea

and Flaherty.  On March 15, 2004, the Court granted the motion and dismissed all claims against

defendants Crea, Ryan and Flaherty with prejudice pursuant to Rule 41(b), Fed. R. Civ. P.

Therefore, it is **ORDERED** and **ADJUDGED** that the claims raised by minor plaintiffs

Tabatha Jackson, James Young and Shovahan Young are dismissed  without prejudice and the

claims against defendants Waterbury Police Department, Crea, Ryan and Flaherty are dismissed

with prejudice and the matter is closed.

Dated at Bridgeport, Connecticut this 29th of March, 2004.

KEVIN F. ROWE, Clerk

By____s/s Cynthia Earle____
Cynthia Earle
Deputy Clerk

Entered on the Docket _____