FILED
2004 JUN 14 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON : CIVIL: 300CV904(RNC)

VS.

WATERBURY POLICE DEPT : : JUNE 12, 2004
OFFICER RYAN, OFFICER CREA,
AND OFFICER FLAHERTY

MOTION TO RECONSIDER JUDGEMENT OF DISMISSAL

Pursuant to the Rules of Federal Civil Procedure and the Connecticut Local Rules of Federal Civil Procedure, the Plaintiff, Robert Jackson, respectfully moves the court to Reconsider Judgement of Dismissal against the plaintiff for the following reasons:

A motion to dismiss by Defendants Ryan, Crea, and Flaherty, was entered by the court 1/12/2004. The court did rule, granting motion to dismiss, signed by Judge Robert N. Chatigny on 3/15/04.

1. The plaintiff is a layman, having little or no knowledge of the law and therefore prays the court is a little more lenient and understanding of his short comings in regards to litigation.

2. The plaintiff was released from the Connecticut Department of Corrections in June of 2003. Prior to release, he filed a motion for extension of time in which to secure financial assistance for professional representation by an experienced attorney (Dechert, LLP, 400 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, PA. 19103-2793). Said representation is now possible, pending the outcome of this motion to reconsider.

3. Plaintiff is a resident of the state of New York; his legal address is also in New York.

4. Plaintiff is incarcerated and has been the past several months in the State of Connecticut Prison System. The plaintiff had no contact with his family for several months

and was therefore unable to receive his mail. I have just recently come in contact with my family and received documents (case 300cv904 (RNC) in regards to the motion to dismiss by the above captioned defendants. On May 24, 2004, upon request I did for the first time receive from the Deputy Court Clerk, Mary E. Larsen, a case printout indicating the closure of my case. Because of my situation I was unaware of the motion to dismiss or my need to defend such action. (See Attached)

It is for the above aforementioned reasons that the plaintiff, Robert Jackson, prays that the court will RECONSIDER the Judgement of Dismissal. The plaintiff seeks to pursue reddress for the abuses suffered him by the defendants. The court is his only means for such reddress enlight of the serious constitutional violations suffered.

By Robert Jackson #264219
Robert Jackson

The foregoing, having been heard before the Court, this motion is hereby ORDERED:

GRANTED / DENIED

by ______________________
Court / Clerk

Dated: ______________

CERTIFICATION

I, Robert Jackson, certify that a copy of the foregoing, has been mailed, this 12th day of June 2004, to the following counsel of record:

Christopher Arciero, Esq.
Marcia J. Gleeson, Esq.
Sack, Spector & Karsten
836 Farmington Ave
West Hartford, CT 06119-1544

by Robert Jackson
Robert Jackson #264269
245 Whalley Ave
~~White Plains~~,
New Haven, CT 06511

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

May 24, 2004

Robert Jackson #264269
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06530

Dear Mr. Jackson:

This is in response to your telephone call to this court on today's date.

Enclosed are copies of the docket sheets you requested in the following cases:

3:00cv904(RNC)(DFM) Jackson v. Doe(s), et al
[redacted]

These copies are being provided to you at no cost. Please be advised that in the future, you will be required to pay for copies at the rate of fifty cents per page.

Please submit your change of address in writing, so that your records can be updated.

Very truly yours,

Kevin F. Rowe
Clerk

Mary E. Larsen

By: Mary E. Larsen
Deputy Clerk

Enclosures