UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | | PRISONER |
| ROBERT JACKSON, | : | CIV. NO. 3:00CV904 (RNC)(DFM) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| WATERBURY POLICE DEPARTMENT | : | |
| OFFICER RYAN, OFFICER CREA | : | |
| AND OFFICER FLAHERTY | : | NOVEMBER 2, 2004 |
| Defendants. | | |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Christopher G. Arciero has filed an appearance on behalf of the defendants.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

DEFENDANTS, Waterbury Police, et al.

BY_____________________________

Marcia J. Gleeson
Federal Bar Number: ct05303
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004 to the following:

Robert I. Jackson
Pro Se
Inmate # 264269
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511

______________________________
Marcia J. Gleeson

Ms. Mary Larsen
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604