FILED

2004 NOV -4 P 1:35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT JACKSON, | : | PRISONER<br>CIV. NO. 3:00CV904 (RNC)(DFM) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| WATERBURY POLICE DEPARTMENT | : | |
| OFFICER RYAN, OFFICER CREA | : | |
| AND OFFICER FLAHERTY | : | NOVEMBER 2, 2004 |
| Defendants. | | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Christopher G. Arciero has filed an appearance on behalf of the defendants.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

DEFENDANTS, Waterbury Police, et al.

November 8, 2004.    Jackson v. Waterbury Police Dep't
3:00CV00904 (RNC)

Re:  Motion to Withdraw Appearance (Doc. # 57)

Granted. So ordered.

FILED 2004 NOV 10 P 2:0[?]
U.S. DISTRICT COURT
HARTFORD, CT.

Robert N. Chatigny, U.S.D.J.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776