UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | | PRISONER |
| ROBERT JACKSON, | : | CIV. NO. 3:00CV904 (RNC)(DFM) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERBURY POLICE DEPARTMENT | : | NOVEMBER 15, 2004 |
| OFFICER RYAN, OFFICER CREA | : | |
| AND OFFICER FLAHERTY | : | |
| Defendants. | : | |

**APPEARANCE**

Please enter the Appearance of Michelle Holmes as counsel for the defendants WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY in addition to that of Christopher G. Arciero, in the above captioned matter.

DEFENDANTS, WATERBURY POLICE DEPARTMENT, OFFICER RYAN, OFFICER CREA AND OFFICER FLAHERTY

BY______________________________

Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
860-233-8251 860-232-8736
mholmes@sackspec.com
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of November, 2004, to the following counsel of record:

Robert I. Jackson
Pro Se
Inmate # 264269
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511

______________________________
Michelle Holmes

Ms. Mary Larsen
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604